AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio ▾

| | | |
|---|---|---|
| United States of America<br>v.<br>**Jorge Gomez-Lopez** | ) ) ) ) ) ) ) | Case No. Ð:ȠȠ·ɱ·ȜȜȜ |
| _____<br>*Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 29, 2026 _____ in the county of _____ Franklin _____ in the
_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of removed aliens |

This criminal complaint is based on these facts:

See attached Affidavit of Julie Yarman.

☑ Continued on the attached sheet.

**JULIE M YARMAN** Digitally signed by JULIE M YARMAN
Date: 2026.06.04 17:02:48 -04'00'

_____
*Complainant's signature*

Julie M. Yarman, ICE
_____
*Printed name and title*

Sworn to before me and ~~signed in my presence.~~ *N͟M͟K͟ attested before me*

Date: 6/8/2026

_____
*Judge's signature*

Norah McCann King, U.S. Magistrate Judge
_____
*Printed name and title*

City and state:  _____ Columbus, OH _____

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN THE MATTER OF THE CRIMINAL )
COMPLAINT OF: )
                                          )      Case No.
Jorge Gomez-Lopez )
AKA: Jorge Luis Gomez-Lopez, )      Magistrate Judge:
       Luis Gomez-Naverro )

## AFFIDAVIT OF JULIE M. YARMAN IN
## SUPPORT OF CRIMINAL COMPLAINT

I, United States (U.S.) Immigration and Customs Enforcement (ICE) Deportation Officer, Julie M. Yarman, being first duly sworn, depose and state as follows:

### Introduction

1. I am a Deportation Officer with more than 6 years of experience with ICE and have more than 4 years of experience as a Border Patrol Agent. I am assigned to the Office of Enforcement and Removal Operations (ERO) located in Westerville, Ohio. I have investigated both criminal and administrative matters involving aliens in the U.S. I have successfully completed the Border Patrol Agent Academy at the Federal Law Enforcement Training Center (FLETC) located in Artesia, New Mexico.

### Facts Supporting Probable Cause

2. Jorge Luis **Gomez-Lopez** is a citizen of Mexico and not a citizen of the United States of America with no valid entry document as required by the Immigration and Nationality Act.

3. **Gomez-Lopez** unlawfully entered the United States of America from Mexico at a time and place other than a place designated by immigration officers of the United States of America.

4. On or about November 19, 2010, an Immigration Judge in Cleveland, Ohio, issued **Gomez-Lopez** a Stipulated Order of Removal. On or about November 23, 2010, **Gomez-Lopez** was physically removed on this order from the U.S. to Mexico via Laredo, TX. On or about that same date, **Gomez-Lopez** surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. **Gomez-Lopez**'s departure was witnessed by an immigration officer who documented the departure by way of signature on immigration form I-205.

5. On or about November 25, 2012, **Gomez-Lopez** was again located in the U.S. and served an immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about November 25, 2012, **Gomez-Lopez** was physically removed on this order via Del Rio, TX. On or about that same date, **Gomez-Lopez** surrendered his fingerprint and photo for

Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. **Gomez-Lopez**'s departure was witnessed by an immigration officer who documented the departure by way of signature on immigration form I-205.

6. On or about December 5, 2012, **Gomez-Lopez** was again located in the U.S. and served an immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about February 14, 2013, **Gomez-Lopez** was physically removed from the U.S. on this order via Brownsville, TX. On or about that same date, **Gomez-Lopez** surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. **Gomez-Lopez**'s departure was witnessed by an immigration officer who documented the departure by way of signature on immigration form I-205.

7. On or about March 2, 2023, **Gomez-Lopez** was again located in the U.S. and served an immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about March 20, 2023, **Gomez-Lopez** was physically removed from the U.S. on this order via Brownsville, TX. On or about that same date, **Gomez-Lopez** surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. **Gomez-Lopez**'s departure was witnessed by an immigration officer who documented the departure by way of signature on immigration form I-205.

8. On or about October 12, 2023, **Gomez-Lopez** was again located in the U.S. and was served an immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about November 1, 2023, **Gomez-Lopez** was physically removed from the U.S. on this order via Brownsville, TX. On or about that same date, **Gomez-Lopez** surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. **Gomez-Lopez**'s departure was witnessed by an immigration officer who documented the departure by way of signature on immigration form I-205.

9. On or about December 6, 2012, **Gomez-Lopez** was convicted of Illegal Entry, a misdemeanor, and was sentenced to 60 days of imprisonment.

10. On or about April 29, 2026, ERO Columbus encountered **Gomez-Lopez**, at the Clark County Jail in Springfield, Ohio, which is located in the Southern District of Ohio. Records checks confirmed **Gomez-Lopez** identity, as well as his inadmissibility to the U.S. On or around April 29, 2026, ERO issued an I-247 immigration detainer for **Gomez-Lopez** at the Clark County Jail in Springfield, Ohio. On or about May 8, 2026, ERO in Columbus Ohio assumed custody of **Gomez-Lopez** pursuant the Immigration Detainer, and after being released on his local criminal charges. On or about the same date **Gomez-Lopez** was served with an immigration form I-871, Notice of Intent/Decision to Reinstate Prior Order.

11. **Gomez-Lopez** did not obtain the express consent of the Secretary of Homeland Security or the Attorney General of the U.S. to reapply for admission to the United States of America.

## Conclusion

12. Your Affiant submits that the foregoing facts establish probable cause that **Gomez-Lopez** has committed a violation of 8 U.S.C. § 1326(a), being an alien who: (1) has been denied

admission, excluded, deported, or removed, or has departed the U.S. while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the U.S.; and (3) did not have consent from the Attorney General or the Secretary of Homeland Security to reapply for admission to the U.S. prior to either his re-embarkation at a place outside the U.S. or his application for admission from a foreign contiguous territory.

**JULIE M YARMAN**
Digitally signed by JULIE M
YARMAN
Date: 2026.06.04 17:03:30 -04'00'

Julie M. Yarman
Deportation Officer
Immigration and Customs Enforcement

NMK
a ttested before me
Sworn before me and ~~subscribed~~ on this __8 th__ day of June, 2026.

Norah McCann King
U.S. Magistrate Judge